IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR211** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **NARISSA PAPPAN,** | ) | |
| | ) | |
| Defendant. | ) | |

    The Court has received the Revised Presentence Investigation Report and Addendum ("PSR") and Defendant Pappan's Objections to Revised Presentence Investigation Report and Sentencing Memorandum (Filing Nos. 80 and 81). The government filed an Objection to Presentence Investigation Report and Addendum and Plaintiff's Statement (Filing No. 88). The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

    Accordingly,

    IT IS ORDERED:

    1.    The parties' objections regarding the PSR (Filing Nos. 80 and 88) will be heard at the sentencing hearing;

    2.    The Court intends to adopt the PSR in all other respects;

    3.    If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4. Absent submission of the information required by paragraph 3 of this Order, these tentative findings are final; and

5. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 17th day of December, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge